IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOYD CARNES, KEITH JEFFERSON, JESSE MCDONALD and BRETT SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARIETTA DRAPERY & WINDOW COVERINGS CO., INC., DOUGLAD C. BENTLEY and FREDERICK A. BENTLEY,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-1113-MHC |

### ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss and Approve Settlement [Doc. 16].

The Court reviewed the parties' Settlement Agreement to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Additionally, the Court notes that the parties' reached the agreement referenced herein after attending a settlement conference presided over

by Magistrate Judge Janet F. King.  <u>See</u> Minute Entry dated November 4, 2015 [Doc. 14].

Based on its review of the parties' agreement and the record in this case, the Court concludes:  (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where both parties had legal representation.

Upon consideration of the parties' Motion, the Court **ORDERS** that the payment of the settlement amounts and attorneys' fees shall be made as provided in the Settlement Agreement.  Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorneys' fees.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 16] and **APPROVES** the parties' settlement agreement and release and hereby DISMISSES all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 29th day of December, 2015.

_____
MARK H. COHEN
United States District Judge